■ In the Matter of BUCKEYE RETIREMENT Co., LLC, LTD., as Assignee of The Cadle Company, Appellant, v FOROOZANDEH SATRAP et al., Respondents. [4 NYS3d 552]—In a turnover proceeding pursuant to CPLR 5225 (b), the petitioner appeals from an order of the Supreme Court, Nassau County (Schellace, Ct. Atty. Ref.), entered February 24, 2014, which, inter alia, directed that after the petitioner examined the documents provided by the respondent Foroozandeh Satrap, and deposed the nonparty debtor Korous Satrap, it could seek leave by written motion to depose Foroozandeh Satrap.

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal lies as of right from an order which does not decide a motion made on notice (*see* CPLR 5701 [a] [2]; *Koczen v VMR Corp.*, 300 AD2d 285 [2002]; *Vohs-Holowecki v Halpak Plastics*, 276 AD2d 789 [2000]). Leave to appeal has not been obtained, and we decline to grant leave to appeal. Skelos, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.